UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT CASSOTTO    :
          :
          :
          :
v.         :  CIV. NO. 3:09CV1303 (HBF)
          :
PATRICK R. DONAHOE,  :
POSTMASTER GENERAL   :  January 23, 2014
          :
          :

VERDICT FORM

We, the jury, unanimously find:

1. Did the plaintiff, **ROBERT CASSOTTO**, prove by a
   preponderance of the evidence that his complaint of
   discrimination was the "but for" reason in the postal
   service's decision to terminate his employment in
   November 2008?

   YES_____     NO\_\_✓\_\_\_\_\_

If you have answered "NO" to Question 1, proceed to the
last page. Have the Foreperson of the Jury sign and date the
Verdict Form.

If you have answered "YES" to Question 1, proceed to the
next question.

1

2. Did the plaintiff, **ROBERT CASSOTTO**, prove by the preponderance of the evidence that the retaliation by the defendant Postal Service was the proximate cause of his emotional distress or other non-economic harm?

YES_____          NO_____

If you answered "NO" to Question 2, proceed to the last page. Have the Foreperson of the Jury sign and date the Verdict Form.

If you answered "YES" to Question 2, proceed to Question 3.

3. If "yes" to Question 2, state the amount of money that will fairly and justly compensate **ROBERT CASSOTTO** for the non-economic injuries resulting from the retaliation.

$_____

When you have finished answering the appropriate questions on this form, you may report your verdict.

The form should be signed and dated by the foreperson.

_/s/_

Foreperson

1-23-14

Date

3